IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02907-KLM

HEATHER MARIE CARR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on November 24, 2014, incorporated herein by reference, it is

ORDERED that the decision of the Commissioner is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Heather Marie Carr.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this 25th day of November, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/S. Libid
                S. Libid, Deputy Clerk